**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00855-CR

**THOMAS KELLAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA11-57501-L**

## ORDER

The Court **REINSTATES** the appeal.

On July 11, 2013, we granted the motion of Matthew Kita to withdraw as appellant's attorney and ordered the trial court to make findings regarding whether appellant desires to pursue the appeal and whether he is entitled to court-appointed counsel. We **ADOPT** the finding that appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted as of the date of this order, without the reporter's record and briefs, to a panel consisting of Justices Moseley, Bridges, and Lang-Miers. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4).

/s/      DAVID EVANS
         JUSTICE